## *Nicoletti Hornig & Sweeney*

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A SUBA
SAMUEL C. COLUZZI †
GUERRIC S.D.L. RUSSELL †
LINDA D. LIN ◊

VAL WAMSER †
KEVIN J.B. O'MALLEY
WILLIAM M. FENNELL
SCOTT D. CLAUSEN †
NATHANIEL L. EICHLER †
FARA KITTON †
JAMES E. MORRIS Δ†
DAVID E. SIGMON †

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CALIFORNIA
Δ ALSO ADMITTED IN MARYLAND

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN

OF COUNSEL

NEW JERSEY OFFICE:

505 MAIN STREET, SUITE 218
HACKENSACK, NEW JERSEY 07801-5928

TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

June 10, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11 JUN 2010

**VIA FACSIMILE (212) 805-0426**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

RE:  *Weeks Marine, Inc. v. American Steamship Owners Mutual Protection and*
 *Indemnity Association, Inc. and Shipowners Claims Bureau, Inc., as*
 *the manager of American Steamship*
 United States District Court for the Southern District of New York
 Case No.:    10-CIV-0274 (LTS)(HP)
 Our File No.:   00000949 (DRH/WFM)

Dear Judge Swain:

This firm represents the plaintiff, Weeks Marine, Inc. in the above-captioned action. In light of the parties' ongoing settlement negotiations, the plaintiffs are voluntarily dismissing without prejudice the above-captioned action. Attached hereto is a copy of the "Notice Pursuant to Rule 41(a)(1)(A)(i) of Voluntary Dismissal Without Prejudice" of this action. In light of the dismissal without prejudice, the parties will not attend the Court scheduled conference on June 11, 2010.

June 10, 2010
Page 2

Respectfully yours,

NICOLETTI HORNIG & SWEENEY

By:

David R. Hornig

DRH/sa
Attachment

The conference is cancelled in light of the dismissal.

SO ORDERED.

NEW YORK, NY

LAURA TAYLOR SWAIN

June 10, 2010  UNITED STATES DISTRICT JUDGE

X:\Public Word Files\0949\HONORABLE SWAIN. FAX-LTR (6-10-10) sa.doc